# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

IN RE:  Jimmy Godsey
       Darlene Godsey                        Case Number:    18-60726
       Debtors

**MOTION TO COMPEL**

The chapter 13 trustee files this motion for an order compelling the debtors, by counsel, to comply with KYEB Local Rule 3070-1(a) and tender to the court a payroll deduction order for the debtors' plan payments.

NOTICE

If you have good grounds for making payments in a manner other than by payroll deduction, you (through your attorney) must notify the trustee in writing within 14 days of the date of this motion.  You (through your attorney) may send an email to the case manager assigned to this case or to questions@ch13edky.com  or to documents@ch13edky.com  and explain the reasons, or file a response to this motion in the record.  If the reason is satisfactory to the trustee, the trustee will withdraw the motion to compel.  If no response is filed and the trustee does not withdraw the motion, the attached order may be entered without further notice or hearing.

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the parties below by mail or electronically via ECF on 12/10/2018.

/s/   Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID:  82898
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527

Jimmy Godsey                                         SMYTH, MARY-ANN
Darlene Godsey                                    Served Electronically Via ECF
1732 Somerset Road
London, KY  40741